UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER ORLOSKI,

    Plaintiff,

v.                                                         Case No: 8:18-cv-1408-T-36AAS

VAN GOGH'S PALETTE, INC.,
CENTRAL FLORIDA BEHAVIORAL
HEALTH NETWORK, INC., LORRAINE
JOHNS, WILLIAM MCKEEVER, LIGIA
GOMEZ, LINDA MCKINNON, JOHN
CORNETT, MARCIA MONROE, ROBIN
RAGAN, APRIL MAY, UTE GAZIOCH
and MIKE CARROLL,

    Defendants.
_____/

# **O R D E R**

        This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on September 4, 2018 (Doc. 15).  In the Report and Recommendation, Magistrate Judge Sansone recommends that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) be denied and Plaintiff's complaint (Doc. 1) and amended complaint (Doc. 11) be dismissed.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

        Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

        **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2) is **DENIED**.

(3) Plaintiff's Complaint (Doc. 1) and Amended Complaint (Doc. 11) are **DISMISSED**.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on September 20, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record